UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **ONTEL PRODUCTS CORPORATION**, a New Jersey Corporation,<br><br>    Plaintiff,<br><br>v.<br><br>**TOP SOURCE MEDIA L.L.C.**, a Minnesota limited liability company, and **ROBERT ANDERSON**, an individual,<br><br>    Defendants. | Civ. No. 22-04141 (KM) (JBC)<br><br>**ORDER** |

    **THIS MATTER** having come before the Court on Plaintiff's motion for default judgment (DE 29); and the Court having considered Plaintiff's submission without oral argument pursuant to Fed. R. Civ. P. 78(b); for the reasons stated in the accompanying Opinion, and good cause appearing therefor;

    **IT IS** this 26th day of October, 2023,

    **ORDERED** that Plaintiff's motion for default judgment (DE 29) is **DENIED**; and it is further

    **ORDERED** that the denial is without prejudice to proof of valid service accompanied by a demonstration that Defendants are subject to this Court's jurisdiction. Alternatively, Plaintiff may move to transfer venue of the action under 28 U.S.C. § 1631 to a district which has jurisdiction over Defendants. If none of these actions are taken within 60 days, this case will be closed.

                                          /s/ Kevin McNulty
                                          _____
                                          **Kevin McNulty**
                                          **United States District Judge**